| | |
|---|---|
| ROBERT W. BROWNLIE (Bar No. 138793)<br>PAUL A. REYNOLDS (Bar No. 179656)<br>GERARD A. TRIPPITELLI (Bar. No. 235788)<br>NOAH A. KATSELL (Bar No. 217090)<br>**DLA PIPER US LLP**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel: 619.699.1700<br>Fax: 619.699.2701 | FILED<br>2006 OCT 25 AM 8:51<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____DEPUTY |

Attorneys for Defendants
REMEC, INC., RONALD E. RAGLAND,
WINSTON E. HICKMAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>REMEC INCORPORATED SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 04 CV 1948 JM (AJB)<br><br>JOINT MOTION AND [PROPOSED] ORDER RE: EXTENSION TO ANSWER FOURTH AMENDED CONSOLIDATED COMPLAINT |

Defendants and Lead Plaintiff, through their respective counsel of record, subject to the Court's approval, hereby STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, Lead Plaintiff filed and served a fourth amended consolidated complaint on May 4, 2006;

WHEREAS, the Court denied Defendants' motion to dismiss the fourth amended consolidated complaint on September 26, 2006;

WHEREAS, given the length of the complaint the parties have agreed that Defendants will have until to and including November 6, 2006 to answer the fourth amended consolidated complaint.

/////

/////

/////

1     The parties therefore jointly move the Court to order that Defendants shall have until

2 November 6, 2006 to file their answer to the fourth amended consolidated complaint.

3

4 Dated: October 19, 2006                    DLA PIPER US LLP
                                                     ROBERT W. BROWNLIE

5                                                      PAUL A. REYNOLDS
                                                     GERARD A. TRIPPITELLI

6                                                      NOAH A. KATSELL

7                                                      By: /s/ Paul A. Reynolds
                                                              Attorneys for Defendants

8                                                               paul.reynolds@dlapiper.com

9

10 Dated: October 19, 2006                 MILBERG WEISS BERSHAD & SCHULMAN LLP

11                                                     JEFF S. WESTERMAN
                                                     KAREN T. ROGERS

12

13                                                      By: /s/ Cheryl Williams
                                                              Attorneys for Lead Plaintiff

14                                                               cwilliams@milbergweiss.com

15     **Certification regarding signatures:** I hereby attest that all of the signatories to this

16 document have approved its content.

17

18                                                   By /s/ Paul A. Reynolds
                                                        PAUL A. REYNOLDS

19

20                                      [████] **ORDER**

21     IT IS SO ORDERED.

22

23

24

25 Dated: 10/24/06

26                                           THE HONORABLE JEFFREY T. MILLER

27                                           UNITED STATES DISTRICT COURT JUDGE

28