cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In Re:                                                ) Civil No. 04cv1948 JM (AJB)
                                                      )
REMEC, INC. SECURITIES LITIGATION,                    )
                                                      ) ORDER GRANTING EX PARTE
     This Document Relates to:                        ) REQUEST FOR CERTAIN PARTIES TO
                                                      ) BE EXCUSED FROM IN-PERSON
     All Actions.                                     ) ATTENDANCE AT EARLY NEUTRAL
                                                      ) EVALUATION CONFERENCE

Upon the joint application of counsel and for good cause being shown, it is hereby ordered that: Lead Plaintiffs Brad Cuvelier and William Kitsonas shall be excused from appearing in person at the Early Neutral Evaluation Conference scheduled before Judge Battaglia on January 3, 2007, and shall be available by telephone.

The representatives of Federal, Navigators, Hudson and ACE shall be excused from appearing in person at the Early Neutral Evaluation Conference scheduled before Judge Battaglia on January 3, 2007, and shall be available by telephone, with full settlement authority for the respective insurance policies.

IT IS SO ORDERED.

DATED: December 18, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

K:\COMMON\BATTAGLI\CASES\remec\order excusing personal appearance 12 18 2006.wpd          1          04cv1948

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28