cal kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) <br> ) <br> REMEC, INC. SECURITIES LITIGATION, ) <br> ) <br> This Document Relates to: ) <br> ) <br> All Actions. ) <br> ) | Civil No. 04cv1948 JM (AJB) <br><br> ORDER RE: JOINT MOTION TO REVISE RULE 26(F) DATES AND DATE FOR FURTHER SETTLEMENT STATUS CONFERENCE AND ORDER THEREON |

Having agreed upon the revised schedule and plan regarding an exchange of information and further settlement status conference, the Court hereby orders the parties as follows:

The parties shall produce documents in anticipation of a further settlement status conference on or before *March 23, 2007*.

The parties and their representatives with full authority to settle the case shall appear before the honorable Judge Battaglia on **May 10, 2007, at 10:00 a.m.** The parties may participate in person or be available by telephone. Defendants' insurance carrier representatives shall participate in person if possible, and otherwise by telephone.

IT IS HEREBY ORDERED.

DATED: March 19, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court